IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

   Plaintiff,

v.

SCOTT W. ANDERSON,

   Defendant.

Case No. 2:23-cr-20012-HLT

## QUESTION FROM THE JURY #2

YOUR HONOR,

DOES IMPERSONATING ANOTHER PARTY ON A PHONE CALL CONSTITUTE A SCHEME?

Dated at JUROR ROOM on November 14, 2024, Time 12:29.

[signature redacted]

ANSWER OF THE JUDGE,

The Court Refers you to the entire jury instruction packet including Instruction No. 17.

Dated at KCK on 11/14/24, Time 1:17.

[Signature of Judge]