IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

Plaintiff,

v.

SCOTT W. ANDERSON,

Defendant.

Case No. 2:23-cr-20012-HLT

## QUESTION FROM THE JURY #3

YOUR HONOR,

IN THE STATE OF KANSAS WHAT IS THE PROPER STATUTE FOR SIGNING AS POWER OF ATTORNEY?

Dated at Juror Room on November 14 2024, Time 12:30.

ANSWER OF THE JUDGE,

The jury instruction packet includes all the law you need to consider.

Dated at KCK on 11/14/24, Time 1:18.

Signature of Judge