IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT W. ANDERSON,

    Defendant.

Case No. 2:23-cr-20012-HLT

## QUESTION FROM THE JURY

YOUR HONOR,

IN REGARDS TO COUNTS 9 AND 10 WE ARE ASKING IF ALLEGED WIRE FRAUD IS A FELONY OFFENSE?

Dated at Jury Room on November 14 2024, Time 3:50.

ANSWER OF THE JUDGE,

Wire fraud is a felony offense. The Court refers you to Instructions Nos. 17 and 18.

Dated at KCK on 11/14/24, Time 4:31 p.m.

Signature of Judge