**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-cr-20012-HLT |
| SCOTT W. ANDERSON, | |
| Defendant. | |

## VERDICT

We, the jury in the above-entitled cause, duly impaneled and sworn, upon our oaths unanimously find the defendant Scott W. Anderson,

**VERDICT AS TO COUNT 1**

As to the crime charged in Count 1 of the Second Superseding Indictment, we find the defendant, Scott W. Anderson

____ Not Guilty

__✓__ Guilty

**VERDICT AS TO COUNT 2**

As to the crime charged in Count 2 of the Second Superseding Indictment, we find the defendant, Scott W. Anderson

____ Not Guilty

__✓__ Guilty

**VERDICT AS TO COUNT 3**

As to the crime charged in Count 3 of the Second Superseding Indictment, we find the defendant, Scott W. Anderson

____ Not Guilty

__✓__ Guilty

## VERDICT AS TO COUNT 4

As to the crime charged in Count 4 of the Second Superseding Indictment, we find the defendant, Scott W. Anderson

    ____ Not Guilty

    __✓__ Guilty

## VERDICT AS TO COUNT 5

As to the crime charged in Count 5 of the Second Superseding Indictment, we find the defendant, Scott W. Anderson

    ____ Not Guilty

    __✓__ Guilty

## VERDICT AS TO COUNT 6

As to the crime charged in Count 6 of the Second Superseding Indictment, we find the defendant, Scott W. Anderson

    ____ Not Guilty

    __✓__ Guilty

## VERDICT AS TO COUNT 7

As to the crime charged in Count 7 of the Second Superseding Indictment, we find the defendant, Scott W. Anderson

    ____ Not Guilty

    __✓__ Guilty

## VERDICT AS TO COUNT 8

As to the crime charged in Count 8 of the Second Superseding Indictment, we find the defendant, Scott W. Anderson

    ____ Not Guilty

    __✓__ Guilty

## VERDICT AS TO COUNT 9

As to the crime charged in Count 9 of the Second Superseding Indictment, we find the defendant, Scott W. Anderson

_____ Not Guilty

__✓__ Guilty

## SPECIAL QUESTION AS TO COUNT 9

If you find the defendant Scott W. Anderson guilty as to Count 9, please answer the following questions (your answers must be unanimous):

Do you find beyond a reasonable doubt that the defendant:

| | | |
|---|---|---|
| **Transferred** a means of identification | __✓__ Yes | _____ No |
| **Possessed** a means of identification | __✓__ Yes | _____ No |
| **Used** a means of identification | __✓__ Yes | _____ No |

## VERDICT AS TO COUNT 10

As to the crime charged in Count 10 of the Second Superseding Indictment, we find the defendant, Scott W. Anderson

_____ Not Guilty

__✓__ Guilty

## SPECIAL QUESTION AS TO COUNT 10

If you find the defendant Scott W. Anderson guilty as to Count 10, please answer the following questions (your answers must be unanimous):

Do you find beyond a reasonable doubt that the defendant:

| | | |
|---|---|---|
| **Transferred** a means of identification | __✓__ Yes | _____ No |
| **Possessed** a means of identification | __✓__ Yes | _____ No |
| **Used** a means of identification | __✓__ Yes | _____ No |

## VERDICT AS TO COUNT 11

As to the crime charged in Count 11 of the Second Superseding Indictment, we find the defendant, Scott W. Anderson

_____ Not Guilty

__✓__ Guilty

## SPECIAL QUESTION AS TO COUNT 11

If you find the defendant Scott W. Anderson guilty as to Count 11, please answer the following questions (your answers must be unanimous):

Do you find beyond a reasonable doubt that the defendant:

**Transferred** a means of identification     __✓__ Yes _____ No

**Possessed** a means of identification     __✓__ Yes _____ No

**Used** a means of identification     __✓__ Yes _____ No

## VERDICT AS TO COUNT 12

As to the crime charged in Count 12 of the Second Superseding Indictment, we find the defendant, Scott W. Anderson

_____ Not Guilty

__✓__ Guilty

## SPECIAL QUESTION AS TO COUNT 12

If you find the defendant Scott W. Anderson guilty as to Count 12, please answer the following questions (your answers must be unanimous):

Do you find beyond a reasonable doubt that the defendant:

**Transferred** a means of identification     __✓__ Yes _____ No

**Possessed** a means of identification     __✓__ Yes _____ No

**Used** a means of identification     __✓__ Yes _____ No

## VERDICT AS TO COUNT 13

As to the crime charged in Count 13 of the Second Superseding Indictment, we find the defendant, Scott W. Anderson

    \_\_\_\_ Not Guilty

    _✓_ Guilty

## SPECIAL QUESTION AS TO COUNT 13

If you find the defendant Scott W. Anderson guilty as to Count 13, please answer the following questions (your answers must be unanimous):

Do you find beyond a reasonable doubt that the defendant:

| | | |
|---|---|---|
| **Transferred** a means of identification | _✓_ Yes | \_\_\_\_ No |
| **Possessed** a means of identification | _✓_ Yes | \_\_\_\_ No |
| **Used** a means of identification | _✓_ Yes | \_\_\_\_ No |

## VERDICT AS TO COUNT 14

As to the crime charged in Count 14 of the Second Superseding Indictment, we find the defendant, Scott W. Anderson

    \_\_\_\_ Not Guilty

    _✓_ Guilty

## SPECIAL QUESTION AS TO COUNT 14

If you find the defendant Scott W. Anderson guilty as to Count 14, please answer the following questions (your answers must be unanimous):

Do you find beyond a reasonable doubt that the defendant:

| | | |
|---|---|---|
| **Transferred** a means of identification | _✓_ Yes | \_\_\_\_ No |
| **Possessed** a means of identification | _✓_ Yes | \_\_\_\_ No |
| **Used** a means of identification | _✓_ Yes | \_\_\_\_ No |

As to each count on which you found the defendant guilty, did you so find unanimously and beyond a reasonable doubt?

   ✓  Yes          No _____

November 14, 2024
DATE

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

45